John T. Clarke, Appellant, v. Chicago, Burlington & Quincy Railroad Company, a Corporation, Respondent. (Action No. 1.) John T. Clarke and Henry T. Clarke, as Trustees of Clarke Land & Loan Company, a Dissolved Corporation, Appellants, v. Chicago, Burlington & Quincy Railroad Company, a Corporation, Respondent. (Action No. 2.) George W. Wager and A. G. Clark, as Trustees, Appellants, v. Chicago, Burlington & Quincy Railroad Company, a Corporation, Respondent. (Action No. 3.) Henry T. Clarke and John T. Clarke, as Surviving Directors of the Trustees for Clarke Land & Loan Company, Dissolved (a Nebraska Corporation), and Others, Appellants, v. Chicago, Burlington & Quincy Railroad Company, a Corporation, Respondent. (Action No. 4.) — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley and Callahan, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of Jacob H. Fenster and Isadore Arnold d/b as Fenster and Arnold Slipper Co., Assignors, to Samuel Levy, Assignee, Respondent. Sidney Q. Cohen, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Fred Rosenthal, as a Minority Stockholder of the Carib Syndicate, Limited, and Other Stockholders of Said Corporation Similarly Situated, Appellant, v. Carib Syndicate, Limited, and Charles F. French, Respondents, Thomas Bardon and Others, Defendants. Irving L. Rollins, Attorney for Plaintiff, Appellant. [Two Appeals.] — Order entered July 24, 1937, and order entered on or about March 5, 1938, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of Charles A. Loreto, for an Order to Invalidate, etc., a Designating Petition Filed by or on Behalf of Denis R. Sheil Designating Him as a Candidate for Nomination by the Democratic Party for Justice of the Municipal Court of the City of New York, Borough of Bronx, First District, etc. The People of the State of New York ex rel. Charles A. Loreto, Petitioner, Appellant, v. S. Howard Cohen and Others, Constituting and Comprising the Board of Elections in the City of New York, and Denis R. Sheil, Respondents.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [169 Misc. 410. See post, p. 775.]

The People of the State of New York ex rel. 444 Madison Avenue Corporation v. James J. Sexton and Others. (Taxes of 1932 and 1933.) The People of the State of New York ex rel. 444 Madison Avenue Corporation v. William Stanley Miller and Others. (Taxes of 1934.) — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of Morris Appel and Others against Paul Kern, President, and Others, Individually, and as Members of the Municipal Civil Service Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

The People of the State of New York ex rel. 960 Fifth Avenue Corporation v. James J. Sexton and Others, Commissioners of Taxes and Assess-

ments of the City of New York. THE PEOPLE OF THE STATE OF NEW YORK ex rel. 960 FIFTH AVENUE CORPORATION v. JAMES J. SEXTON and Others, Commissioners of Taxes and Assessments of the City of New York. THE PEOPLE OF THE STATE OF NEW YORK ex rel. 960 FIFTH AVENUE CORPORATION v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York. THE PEOPLE OF THE STATE OF NEW YORK ex rel. 960 FIFTH AVENUE CORPORATION v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ. [See 254 App. Div. 848.]

In the Matter of Supplementary Proceedings: THE BANK OF UNITED STATES v. ISIDOR H. PANKIN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.; Cohn, J., taking no part.

In the Matter of the Application of the GUARANTY TRUST COMPANY OF NEW YORK, as Executor, etc., of EDNA B. MOORE, Otherwise Known as EDNA B. TWEEDY, Deceased, for a Decree Determining the Validity and Effect of a Certain Election by RAYMOND W. MOORE, to Take an Intestate Share against the Provisions of Said Will under Section 18 of the Decedent Estate Law. RAYMOND W. MOORE. GUARANTY TRUST COMPANY OF NEW YORK, as Executor, etc. ALICE T. CRUNDEN. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Estate of PELAGIE SCHOONMAKER, Deceased. MATHIEU FRERE and Others. JAMES F. EGAN, Public Administrator of the County of New York, and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SOL WEISMAN v. PEARL WEISMAN.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

JOHN L. DUDLEY v. MEYSON HOLDING CORPORATION.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

IRVING SCHLEIFER and Others v. JOSEPH BASSON, as President of the Moving Picture Machine Operators' Union of Greater New York, Local 306, etc., and HARRY SHERMAN, Individually.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Untermyer, Dore and Cohn, JJ.

MAURICE GINSBURG v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Untermyer, Cohn and Callahan, JJ.

CLARA GOLDSTEIN, as Executrix, etc., of ISRAEL GOLDSTEIN, Deceased, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ.

IRVING SCHLEIFER and Others v. JOSEPH BASSON, as President of the Moving Picture Machine Operators' Union of Greater New York, Local 306, etc., and HARRY SHERMAN, Individually.— Motion for leave to appeal to the Court of